JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND; TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND; TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE; LOS ANGELES ELECTRICAL WORKERS CREDIT UNION; NATIONAL ELECTRICAL INDUSTRY FUND;<br><br>    Plaintiffs,<br><br>  vs.<br><br>R. L. DOUGLASS ELECTRIC, INC., a California corporation,<br><br>    Defendant. | CASE NO.: SACV 10-0560 CJC (ANx)<br><br>**JUDGMENT** |

This action having been commenced on May 7, 2010, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, et al., and against defendant R. L. Douglass Electric, Inc., and for good cause shown,

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

2   　　　Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan,
3   Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the
4   Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the
5   National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA
6   Labor-Management Cooperation Committee, Los Angeles Electrical Workers Credit
7   Union, and National Electrical Industry Fund, shall recover from defendant
8   R. L. Douglass Electric, Inc., the principal amount of $16,740.63, together with post-
9   judgment interest, calculated at the rate of eight percent (8%) per annum, until paid in
10  full.

13  DATED: June 04, 2010　　　　　　　　　　　　　　　　　　　　　　　
14  　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE